**98–606. State v. Towe.**
Hamilton App. No. C–970283. On review of order certifying a conflict. The court determines that a

conflict exists; *sua sponte,* cause consolidated with 98–604, *infra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.